MARGUERITE MATTHEWS, Respondent, v. JOHN N. MATTHEWS, Appellant.

Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

CONCETTA ONORATO et al., Appellants, v. P. MOUYIOS, INC., Respondent, et al., Defendants.—

No opinion. Close, P. J., Carswell and Adel, JJ., concur; Johnston and Lewis, JJ., dissent and vote to reverse the judgment and to grant a new trial on the ground that the determination that the operator of the car was driving it without authority is against the weight of the credible evidence.